**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 00-7108**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ROGER DEWITT PRINCE, a/k/a Bill Prince, a/k/a
Ike Davis,

Defendant - Appellant,

and

DON PRINCE,

Defendant.

───────────

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Joseph F. Anderson, Jr., Chief Dis-
trict Judge.  (CR-96-122)

───────────

Submitted:  May 17, 2001          Decided:  May 22, 2001

───────────

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Roger DeWitt Prince, Appellant Pro Se. Scarlett Anne Wilson, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Roger DeWitt Prince appeals the district court's order denying his motion for a new trial. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Prince, No. CR-96-122 (D.S.C. July 20, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED